STATE OF HAWAII *v.* LUCILE B. BUNN.

No. 4456.

JUNE 25, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Mizuha and Abe, JJ., having dissented from the majority in the original opinion, do not concur.

*J. Russell Cades, Robert B. Bunn and E. Gunner Schull (Smith, Wild, Beebe & Cades* of counsel) for the petition.

*John H. Peters,* Prosecuting Attorney, and *Dennis A. Ing,* Deputy Prosecuting Attorney, contra.